UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTEN BROWN and R.B., a Minor by and through his Next Friend Kristen Brown and A.B., a Minor, by and through his Next Friend Kristen Brown,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH L. DAVIS, JR.,<br><br>Defendant. | No. 4:12CV00649 |

**MEMORANDUM AND ORDER**

Upon consideration of Plaintiffs' motion to compel and Defendant's response thereto, which recites the parties agreement that the matter is not moot,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel is **DENIED as moot**. (Doc. No. 34.)

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　AUDREY G. FLEISSIG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 1st day of February, 2013.