UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTEN BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV00649 AGF |
| | ) | |
| KENNETH L. DAVIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' motion[1] to file a first amended complaint.  The Case Management Order permits amendment of the pleadings or joinder of additional parties until February 28, 2013.  Therefore, Plaintiffs are permitted to file an amended complaint prior to that time.  Upon review of the proposed amended complaint, the Court notes that Plaintiffs have improperly used the full names, rather than the initials, of the minor parties in the body of the proposed amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to file an amended complaint is **GRANTED**. (Doc. No. 42.)

**IT IS FURTHER ORDERED** that Plaintiffs' proposed amended complaint (Doc. No. 39) will be withdrawn from the docket, and Plaintiffs shall file, on or before **Friday,**

---

[1] Plaintiffs' motion bears the incorrect case number.  The caption indicates the proper parties, but identifies the minor parties by their full names.  Despite this error, the Court has considered the motion.  Plaintiffs are instructed to correct the case number and caption in future filings.

**February 22, 2013**, a revised amended complaint identical to Doc. No. 39, but using initials to refer to minors rather than their full names and taking all appropriate measures to maintain the confidentiality of the minor parties.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 19th day of February, 2013.