UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KRISTEN BROWN, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.  4:12-CV-00649-AGF |
| ) | |
| KENNETH L. DAVIS JR., et al., ) | |
| Defendants. ) | |

## ORDER

The mediator having advised that although significant progress was made, the case was not settled in the mediation conference,

**IT IS HEREBY ORDERED** that on or before **November 29, 2013**, counsel for the parties shall hold a supplemental settlement conference.  The parties may have the mediator participate if they believe that would be useful.

**IT IS FURTHER ORDERED** that Artisan and Truckers Casualty Co., through its counsel, shall also attend and participate in the settlement conference.  Counsel for Defendant Kenneth Davis shall promptly provide a copy of this Order to Artisan and Truckers Casualty Company or its counsel.

**IT IS FURTHER ORDERED** that the parties shall engage in good faith settlement discussions, and that a representative with authority to settle shall be available by phone during the settlement conference by counsel.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2013.