UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT of MISSOURI

File Number 4:12CV00649AGF

| | |
|---|---|
| KRISTEN BROWN, and )<br>R.B., an minor, By his Next Friend )<br>KRISTEN BROWN, and )<br>A.B., a minor, By his Next Friend )<br>KRISTEN BROWN, )<br>)<br>    Plaintiffs, )<br>)<br>Vs. )<br>)<br>KENNETH L. DAVIS, JR. and )<br>WILLIAM DAVIS, and )<br>WILLIAM DAVIS LOGGING, INC., )<br>)<br>    Defendants. ) | **NOTICE OF APPEAL** |

Notice is hereby given that WILLIAM DAVIS and WILLIAM DAVIS LOGGING, INC., defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the  20th  day of  June , 2014.


Dated:   December 22, 2014            /s/Kenneth L. Halvachs
                                                               Kenneth L. Halvachs, #34952MO
                                                               *Attorney for William Davis and*
                                                                *William Davis Logging, Inc.*

                                                                 *Halvachs & Abernathy, LLC*
                                                                  *5111 West Main Street*
                                                                  *Belleville, IL 62226*
                                                                  *(618)235-0020 / Fax: (618)236-2728*
                                                                  [khalvachs@abernathyfirm.com](mailto:khalvachs@abernathyfirm.com)