# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1009

Kristen Brown, et al.

Appellees

v.

Kenneth L. Davis, Jr.

William Davis and William Davis Logging, Inc.

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-00649-AGF)
_____

**ORDER**

The petition for rehearing by the panel is denied.

March 30, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans